No. 02–246.  WALLACK MANAGEMENT CO., INC., ET AL. *v.* GOYA FOODS, INC.  C. A. 1st Cir.  Certiorari denied.

No. 02–247.  UBS PAINEWEBBER INC. ET AL. *v.* COHEN, EXECUTOR OF THE ESTATE OF GINSBURG.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 02–251.  CARTER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–254.  SCHROEDER *v.* HAMILTON SCHOOL DISTRICT ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–255.  $165,524.78 *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 02–257.  LLOYD *v.* AMERICAN AIRLINES, INC.  C. A. 8th Cir.  Certiorari denied.

No. 02–259.  MONAGHAN *v.* TREBEK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–260.  MILLCRAFT-SMS SERVICES, L. L. C., ET AL. *v.* UNDERWOOD, COMMISSIONER, ALABAMA DEPARTMENT OF REVENUE.  Sup. Ct. Ala.  Certiorari denied.

No. 02–261.  NUNLEY ET AL. *v.* BANJO MOUNTAIN, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–263.  BTA OIL PRODUCERS ET AL. *v.* MDU RESOURCES GROUP ET AL.  Sup. Ct. N. D.  Certiorari denied.

No. 02–264.  SEELYE *v.* SUPREME COURT OF OKLAHOMA.  Sup. Ct. Okla.  Certiorari denied.

No. 02–268.  OCHOA *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 02–278.  WALSER ET AL. *v.* HOUSING AND REDEVELOPMENT AUTHORITY FOR THE CITY OF RICHFIELD.  Sup. Ct. Minn.  Certiorari denied.